IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, </br></br> Plaintiff, </br></br> v. </br></br> AT&T MOBILITY LLC, CELLCO PARTNERSHIP, GARMIN INTERNATIONAL, INC., GARMIN USA, INC., NETWORKS IN MOTION, INC., TELECOMMUNICATION SYSTEMS, INC., TELENAV INC., UNITED PARCEL SERVICE, INC. and UPS LOGISTICS TECHNOLOGIES, INC., </br></br> Defendants. | C.A. No. 09-1007 (JJF) |

## DEFENDANT AT&T MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC hereby states that its members are as follows: (1) SBC Long Distance, LLC, (2) BellSouth Mobile Data, Inc., (3) SBC Alloy Holdings, Inc., (4) New BellSouth Cingular Holdings, Inc., and (5) AT&T Mobility Corporation. None of these members are publicly-held corporations, and all are either direct or indirect subsidiaries of AT&T Inc., which is a publicly-held corporation. No person or entity owns 10% or more of the stock of AT&T Inc.

Date:    March 11, 2010

YOUNG CONAWAY STARGATT
& TAYLOR LLP

*/s/ Michele Budicak*
--------------------------------
John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
*jshaw@ycst.com*
*mbudicak@ysct.com*

*Attorneys for Defendant AT&T Mobility LLC*

## **CERTIFICATE OF SERVICE**

       I, Michele Sherretta Budicak, Esquire, hereby certify that on March 11, 2010, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Thomas L. Halkowski, Esq.
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801-1114
*halkowski@fr.com*

*Attorney for Plaintiff Vehicle IP, LLC*

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Stephen M. Ferguson, Esq.
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
*wade@rlf.com*
*gaza@rlf.com*
*ferguson@rlf.com*

*Attorneys for Garmin International, Inc. and Garmin USA, Inc.*

John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
ASHBY & GEDDES
500 Delaware Ave.
Wilmington, DE 19801
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*
*chong@ashby-geddes.com*

*Attorney for Defendants Cello Partnership, Networks in Motion, Inc. and TeleCommunication Systems, Inc.*

Jack B. Blumenfeld, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
Wilmington, DE 19899
*jblumenfeld@mnat.com*

*Attorneys for United Parcel Service, Inc. And UPS Logistics Technologies*

     I further certify that on March 11, 2010, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Michael J. Kane, Esquire
William R. Woodford, Esquire
Jason M. Zucchi, Esquire
FISH & RICHARDSON, P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
*kane@fr.com*
*woodford@fr.com*
*zucchi@fr.com*

*Attorney for Plaintiff Vehicle IP, LLC*

Vincent J. Belusko, Esquire
Martin M. Noonen, Esquire
Alex S. Yap, Esquire
Morrison & Foerster LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA  90013-1024
*vbelusko@mofo.com*
*mnoonen@mofo.com*
*ayap@mofo.com*

*Attorney for Defendants Cello Partnership, Networks in Motion, Inc. and TeleCommunication Systems, Inc.*

Robert L. Lee, Esquire
Holly S. Hawkins, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
*bob.lee@alston.com*
*holly.hawkins@alston.com*

*Attorneys for United Parcel Service, Inc. And UPS Logistics Technologies*

Ron E. Shulman, Esquire
Richard G. Frenkel, Esquire
Catherine Shiang, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
*rshulman@wsgr.com*
*rfrenkel@wsgr.com*
*cshiang@wsgr.com*

*Attorneys for Defendant Telenav, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michele Budicak

John W. Shaw (No. 3362)
[jshaw@ycst.com]
Michele Sherretta Budicak (No. 4651)
[mbudicak@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

Attorneys for Defendant
AT&T Mobility LLC

2