**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VEHICLE IP, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP,<br>GARMIN INTERNATIONAL, INC.,<br>GARMIN USA, INC.,<br>NETWORKS IN MOTION, INC.,<br>TELECOMMUNICATION SYSTEMS, INC.,<br>TELENAV INC.,<br>UNITED PARCEL SERVICE, INC., and<br>UPS LOGISTICS TECHNOLOGIES, INC.,<br><br>                    Defendants. | C.A. No. 09-1007 LPS<br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 1, 2011, a true and correct copy of the following document was caused to be served on the attorneys of record, in the manner indicated below:

**PLAINTIFF VEHICLE IP, LLC'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1).**

1

Dated:  March 1, 2011 **FISH & RICHARDSON P.C.**

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE 19899-1114
    (302) 778-8407 Telephone
    (302) 652-0607 Facsimile

Of Counsel:

Michael J. Kane
William R. Woodford
Jason M. Zucchi
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070 Telephone
(612) 288-9696 Facsimile

Attorneys for Plaintiff
VEHICLE IP, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2011, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on March 1, 2011, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Michele Sherretta Budicak<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>mbudicak@ycst.com<br><br>*Attorneys for Defendant AT&T Mobility LLC and TELENAV, Inc.* | John G. Day<br>Tiffany Geyer Lyndon<br>Caroline Hong<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com<br><br>*Attorneys for Defendants Cellco Partnership, Networks In Motion, Inc., Telecommunication Systems, Inc.* |
| William J. Wade<br>Anne Shea Gaza<br>Stephen M. Ferguson<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>wade@rlf.com<br>gaza@rlf.com<br>ferguson@rlf.com<br><br>*Attorneys for Garmin International, Inc. and Garmin USA, Inc.* | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br><br>*Attorneys for United Parcel Service, Inc. and UPS Logistics Technologies.* |


Steven M. Zager
David R. Clonts
Manoj S. Gandhi
Michael F. Reeder, II
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX  77002-5200
(713) 220-5800
szager@AKINGUMP.com
dclonts@AKINGUMP.com
mgandi@AKINGUMP.com
mreeder@AKINGUMP.com

*Attorneys for Defendant AT&T Mobility LLC and Telenav, Inc.*

Vincent J. Belusko
Martin M. Noonen
Alex S. Yap
Morrison & Foerster LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA  90013-1024
vbelusko@mofo.com
mnoonen@mofo.com
ayap@mofo.com

*Attorneys for Defendants Cellco Partnership, Networks In Motion, Inc., Telecommunication Systems, Inc.*

Ron E. Shulman
Richard G. Frenkel
Catherine Shiang
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304
rshulman@wsgr.com
rfrenkel@wsgr.com
cshiang@wsgr.com

*Attorneys for TELENAV, Inc.*

Robert E. Lee
Holly S. Hawkins
Alson & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Bob.lee@alston.com
Holly.hawhins@alston.com

*Attorneys for United Parcel Service, Inc. and UPS Logistics Technologies.*

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski