# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP,<br>GARMIN INTERNATIONAL, INC.,<br>GARMIN USA, INC.,<br>NETWORKS IN MOTION, INC.,<br>TELECOMMUNICATION SYSTEMS, INC.,<br>TELENAV INC.,<br>UNITED PARCEL SERVICE, INC., and<br>UPS LOGISTICS TECHNOLOGIES, INC.,<br><br>    Defendants. | C.A. No. 09-1007-LPS |

## STIPULATED MOTION AND [PROPOSED] ORDER FOR
## DISMISSAL WITHOUT PREJUDICE

  Plaintiff Vehicle IP, LLC and Defendants Garmin International, Inc., Garmin USA, Inc., hereby move for an order pursuant to Fed. R. Civ. P. 41(a)(2) and (c) dismissing all claims and counterclaims asserted between them, without prejudice, each party to bear its own costs, expenses, and attorneys' fees.

  The Court shall retain jurisdiction of the matter to the extent necessary to enforce the terms and conditions of the Settlement and License Agreement entered into between the parties, the terms of which are incorporated herein by reference.

Respectfully submitted,

Dated: August 31, 2011      FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
   Thomas L. Halkowski (I.D. #4099)
   222 Delaware Avenue, 17th Floor
   P.O. Box 1114
   Wilmington, DE  19899-1114
   (302) 652-5070
   halkowski@fr.com

*Attorney for Plaintiff Vehicle IP LLC*

Dated August 31, 2011      RICHARDS, LAYTON & FINGER, PA

By: /s/ Stephen M. Ferguson
   William J. Wade (I.D. #704)
   Anne Shea Gaza (I.D.#4093)
   Stephen M. Ferguson (I.D. #5167)
   One Rodney Square
   920 North King Street
   Wilmington, DE  19801
   (302) 651-7665
   wade@rlf.com
   gaza@rlf.com
   ferguson@rlf.com

*Attorneys for Defendants*
*Garmin International, Inc. and Garmin*
*USA, Inc.*

SO ORDERED this ____ day of _____, 2011.

_____
United States District Judge
Leonard P. Stark