# YOUNG CONAWAY STARGATT & TAYLOR, LLP

PILAR G. KRAMAN
DIRECT DIAL: (302) 576-3586
DIRECT FAX: (302) 576-3742
pkraman@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 1, 2011

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Vehicle IP LLC v. AT&T Mobility LLC, et al.*; C.A. No. 09-1007-LPS

Dear Judge Stark:

Pursuant to the Court's Scheduling Order (D.I. 55, ¶10), defendants AT&T Mobility LLC, Cellco Partnership, Networks in Motion Inc., TeleCommunication Systems Inc., TeleNav Inc., United Parcel Service Inc., and UPS Logistic Technologies Inc. hereby submit two copies of their tutorial on the technology at issue in this matter, and their storyboards and script for the Markman tutorial.

Respectfully submitted,

Pilar G. Kraman (No. 5199)

cc: Clerk of Court (Via Hand Delivery)
Thomas L. Halkowski (Via Electronic Mail and Hand Delivery)

YCST01:11407418.1                                                           069144.1001