**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VEHICLE IP, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP,<br>NETWORKS IN MOTION, INC.,<br>TELECOMMUNICATION SYSTEMS, INC.,<br>TELENAV, INC.,<br>UNITED PARCEL SERVICE, INC., and<br>UPS LOGISTICS TECHNOLOGIES, INC.<br><br>                Defendants. | C.A. No. 09-1007-LPS |

**STIPULATION AND PROPOSED ORDER TO EXTEND PAGE LIMITS
ON REPLY BRIEFS ON EARLY DISPOSITIVE MOTIONS**

Subject to the approval of the Court, Plaintiff Vehicle IP, LLC stipulates and agrees with Defendants Telenav, Inc. and AT&T Mobility LLC (collectively, "Telenav Defendants") and Defendants TeleCommunication Systems, Inc., Networks In Motion, Inc., and Cellco Partnership (collectively, "TCS Defendants") that the Telenav Defendants and the TCS Defendants will each have up to three (3) additional pages for their Reply Briefs to be filed on May 8, 2012, in support of their respective Motions for Summary Judgment of Noninfringement.

| FISH & RICHARDSON P.C. | SHAW KELLER LLP |
|---|---|
| */s/ Thomas L. Halkowski* | */s/ John W. Shaw* |
| Thomas L. Halkowski (No. 4099)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>halkowski@fr.com<br><br>*Attorneys for Plaintiff*<br>*Vehicle IP LLC* | John W. Shaw (No. 3362)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 476-2050<br>jshaw@shawkeller.com<br><br>*Attorneys for Defendants*<br>*AT&T Mobility LLC and Telenav Inc.* |

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

John G. Day (No. 2403)
Tiffany Geyer Lydon (No. 3950)
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*
*TeleCommunication Systems, Inc.,*
*Networks In Motion, Inc., and*
*Cellco Partnership*

Dated:  May 3, 2012


SO ORDERED on this ____ day of _____, 2012.

                                      Honorable Leonard P. Stark
                                      United States District Court Judge