**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VEHICLE IP, LLC,<br><br>                Plaintiff,<br>   v.<br><br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP,<br>NETWORKS IN MOTION, INC.,<br>TELECOMMUNICATION SYSTEMS, INC.,<br>TELENAV INC.,<br>UNITED PARCEL SERVICE, INC., and<br>UPS LOGISTICS TECHNOLOGIES, INC.,<br><br>                Defendants. | C.A. No. 09-1007-LPS |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Vehicle IP, LLC and Defendants United Parcel Service, Inc. and Roadnet Technologies, Inc. (formerly UPS Logistics Technologies, Inc.), hereby stipulate to a dismissal pursuant to Fed. R. Civ. P. 41(a)(2) and (c), subject to the Court's approval, dismissing all claims and counterclaims asserted between them, without prejudice, each party to bear its own costs, expenses, and attorneys' fees.

The Court shall retain jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

/

/

/

/

/

| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Thomas L. Halkowski | /s/ Jack B. Blumenfeld |
| Thomas L. Halkowski (I.D. #4099) | Jack B. Blumenfeld (No. 1014) |
| 222 Delaware Avenue, 17th Floor | 1201 North Market Street |
| P.O. Box 1114 | P.O. Box 1347 |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899 |
| (302) 652-5070 | (302) 658-9200 |
| halkowski@fr.com | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff Vehicle IP LLC* | *Attorneys for Defendants United Parcel Service, Inc. and UPS Logistics Technologies, Inc.* |

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Leonard P. Stark