IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEHICLE IP, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 09-1007-LPS |
| AT&T MOBILITY LLC, ET AL., | : | |
| Defendants. | : | |

### JUDGMENT IN A CIVIL CASE

At Wilmington this **19th** day of **April, 2013**.

For the reasons set forth in the Court's Memorandum Order dated April 10, 2013;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure against Plaintiff and in favor of Defendants TeleNav Inc., AT&T Mobility LLC, TeleCommunication Systems, Inc., Networks In Motion, Inc., and Cellco Partnership.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk