# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, )<br>)<br>    Plaintiff, )<br>)<br> v. )<br>)<br>AT&T MOBILITY LLC, )<br>CELLCO PARTNERSHIP, )<br>NETWORKS IN MOTION, INC., )<br>TELECOMMUNICATION SYSTEMS, INC., and )<br>TELENAV, INC., )<br>)<br>    Defendants. ) | C.A. No. 09-1007-LPS |

## STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER

Subject to the approval of the Court, Plaintiff Vehicle IP stipulates and agrees with Defendants Telenav, Inc. and AT&T Mobility LLC (collectively, "Telenav Defendants") and Defendants TeleCommunication Systems, Inc., Networks In Motion, Inc., and Cellco Partnership (collectively, "TCS Defendants") to a one-week postponement of the current April 30, 2015 deadline for the parties to update their document productions and interrogatory responses (pursuant to Sections 6(d) and 6(f) of the February 18, 2015 Scheduling Order (D.I. 258). This will effectuate the following amendment to the current case schedule:

| EVENT | CURRENT DUE DATE | PROPOSED DUE DATE |
|---|---|---|
| The parties will update their document productions (including updated technical information regarding Accused Products and sales information through the expiration of the patent in suit) [D.I. 258, § 6(d)] | April 30, 2015 | May 7, 2015 |
| The parties will update their interrogatory responses (including responses to contention interrogatories) [D.I. 258, § 6(f)] | April 30, 2015 | May 7, 2015 |

All other deadlines shall remain the same.

| FISH & RICHARDSON P.C. | SHAW KELLER LLP |
|---|---|
| */s/ Martina Tyreus Hufnal* | */s/ John W. Shaw* |
| Martina Tyreus Hufnal (No. 4771)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>hufnal@fr.com<br><br>*Attorneys for Plaintiff*<br>*Vehicle IP LLC* | John W. Shaw (No. 3362)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 476-2050<br>jshaw@shawkeller.com<br><br>*Attorneys for Defendants*<br>*AT&T Mobility LLC and Telenav Inc.* |

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (No. 2403)
Tiffany Geyer Lydon (No. 3950)
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*
*TeleCommunication Systems, Inc.,*
*Networks In Motion, Inc., and*
*Cellco Partnership*

Dated: April 29, 2015

      SO ORDERED on this ____ day of _____, 2015.

                                                                                            Honorable Leonard P. Stark
                                                                                Chief, United States District Court Judge