**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VEHICLE IP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY LLC, ) <br> CELLCO PARTNERSHIP, ) <br> NETWORKS IN MOTION, INC., ) <br> TELECOMMUNICATION SYSTEMS, INC., and ) <br> TELENAV, INC., ) <br> ) <br> Defendants. ) | C.A. No. 09-1007-LPS |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 25th day of June, 2015, (1) **DEFENDANTS TELECOMMUNICATION SYSTEMS, INC.'S AND NETWORKS IN MOTION, INC.'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES**, (2) **DEFENDANTS TELECOMMUNICATION SYSTEMS, INC.'S AND NETWORKS IN MOTION, INC.'S SUPPLEMENTAL DISCLOSURE OF INFORMATION REQUIRED UNDER PARAGRAPH 1 OF THE STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**, (3) **DEFENDANT CELLCO PARTNERSHIP'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES**, and (4) **DEFENDANT CELLCO PARTNERSHIP'S SUPPLEMENTAL DISCLOSURE OF INFORMATION REQUIRED UNDER PARAGRAPH 1 OF THE STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** were served upon the following counsel of record at the address and in the manner indicated:

Martina Tyreus Hufnal, Esquire                                    VIA ELECTRONIC MAIL
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Email: hufnal@fr.com

Michael J. Kane, Esquire                                          VIA ELECTRONIC MAIL
William R. Woodford, Esquire
Jason M. Zucchi, Esquire
Phillip W. Goter, Esquire
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Email: kane@fr.com
Email: woodford@fr.com
Email: zucchi@fr.com
Email: goter@fr.com

Juanita R. Brooks, Esquire                                        VIA ELECTRONIC MAIL
Geoffrey D. Biegler, Esquire
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Email: brooks@fr.com
Email: biegler@fr.com

                                                                  ASHBY & GEDDES

                                                                  /s/ Tiffany Geyer Lydon
                                                                  _____
*Of Counsel:*                                                     John G. Day (#2403)
                                                                  Tiffany Geyer Lydon (#3950)
                                                                  Andrew C. Mayo (#5207)
Vincent J. Belusko                                                500 Delaware Avenue, 8th Floor
Martin M. Noonen                                                  P.O. Box 1150
Alex S. Yap                                                       Wilmington, DE  19899
MORRISON & FOERSTER LLP                                           (302) 654-1888
707 Wilshire Boulevard, Suite 6000                                jday@ashby-geddes.com
Los Angeles, CA  90017-5454                                       tlydon@ashby-geddes.com
(213) 892-5200                                                    amayo@ashby-geddes.com
vbelusko@mofo.com
mnoonen@mofo.com                                                  *Attorneys for Defendants TeleCommunication*
ayap@mofo.com                                                     *Systems, Inc., Networks In Motion, Inc., and*
                                                                  *Cellco Partnership*

Dated:  June 26, 2015

2