IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC,                                     )<br>                                                  )<br>         Plaintiff,                    )<br>                                                    )<br>    v.                                             )<br>                                                  )<br>AT&T MOBILITY LLC,                  )<br>CELLCO PARTNERSHIP,            )<br>NETWORKS IN MOTION, INC.,      )<br>TELECOMMUNICATION SYSTEMS, INC., and )<br>TELENAV, INC.,                         )<br>                                                )<br>         Defendants.                ) | C.A. No. 09-1007-LPS |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Edward A. Pennington and Siddhesh Vishnu Pandit to represent defendants TeleCommunication Systems, Inc., Networks In Motion, Inc., and Cellco Partnership in this matter. Pursuant to this Court's Standing Order effective March 25, 2014, the fees for the above-listed attorneys will be submitted upon the filing of this motion.

                                                            ASHBY & GEDDES

                                                            */s/ John G. Day*
                                                            _____
                                                            John G. Day (No. 2403)
                                                            Tiffany Geyer Lydon (No. 3950)
                                                            Andrew C. Mayo (No. 5207)
                                                            500 Delaware Avenue, 8th Floor
                                                           P.O. Box 1150
                                                           Wilmington, DE 19899
                                                           (302) 654-1888
                                                           jday@ashby-geddes.com
                                                           tlydon@ashby-geddes.com
                                                           amayo@ashby-geddes.com

                                                           *Attorneys for Defendants*
                                                           *TeleCommunication Systems, Inc.,*
Dated: July 17, 2015                         *Networks In Motion, Inc., and Cellco Partnership*

{01026191;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT&T MOBILITY LLC, )<br>CELLCO PARTNERSHIP, )<br>NETWORKS IN MOTION, INC., )<br>TELECOMMUNICATION SYSTEMS, INC., and )<br>TELENAV, INC., )<br>)<br>Defendants. ) | C.A. No. 09-1007-LPS |

## **ORDER**

This _____ day of _____, 2015, the Court having considered the motion for the admission *pro hac vice* of Edward A. Pennington and Siddhesh Vishnu Pandit to represent defendants TeleCommunication Systems, Inc., Networks In Motion, Inc., and Cellco Partnership in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{01026191;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, Bar of the Commonwealth of Virginia, and is registered (Reg. No. 32,588) to practice before the United States Patent and Trademark Office, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

        */s/ Edward A. Pennington*
        _____
        Edward A. Pennington
        Smith Gambrell & Russell, LLP
        1055 Thomas Jefferson Street, NW
        Suite 400
        Washington, DC  20007
        (202) 263-4300

Dated:  July 17, 2015

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Virginia, and is registered (Reg. No. 57,588) to practice before the United States Patent and Trademark Office and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Siddhesh Vishnu Pandit
_____
Siddhesh Vishnu Pandit
Smith Gambrell & Russell, LLP
1055 Thomas Jefferson Street, NW
Suite 400
Washington, D.C. 20007
(202) 263-4301

Dated:  July 17, 2015