**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VEHICLE IP, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP,<br>NETWORKS IN MOTION, INC.,<br>TELECOMMUNICATION SYSTEMS, INC.,<br>and TELENAV, INC.,<br><br>        Defendants. | C.A. No. 09-1007-LPS<br><br>██████████<br><br>████████████<br>████████████████<br>████████████<br>████████████<br><br>PUBLIC VERSION |

**STIPULATION RE REPRESENTATIVE VERSIONS OF
<u>ACCUSED TELENAV PRODUCTS</u>**

WHEREAS, Plaintiff Vehicle IP, LLC filed the Complaint in the above-captioned case on December 31, 2009, accusing certain navigational systems and services made, used, sold, and/or offered for sale by Defendant Telenav, Inc. ("Telenav") of infringing U.S. Patent No. 5,987,377 ("the '377 Patent");

WHEREAS, Plaintiff currently accuses Telenav's GPS Navigator, Telenav Track Premium, Scout mobile application, and Scout for Cars navigation systems (using Scout Premium) (collectively referenced as the "Accused Telenav Products") of infringing various claims of the '377 Patent (collectively referenced as the "Asserted Claims");

**<u>Accused Telenav Products</u>**

WHEREAS, Telenav represents that the Accused Telenav Products were developed by Telenav, but some versions and/or releases of certain of the Accused Telenav Products have also been promoted, offered for sale, sold, and distributed by third parties (such as AT&T Mobility LLC ) under various names, versions, and brands to end users;

**CONTAINS HIGHLY CONFIDENTIAL-TECHNICAL INFORMATION –
ATTORNEYS' EYES ONLY**

WHEREAS, Telenav represents, solely for direct infringement purposes, that all of the Accused Telenav Products operate and function the same in all material respects relevant to the Asserted Claims with the following exceptions:



**CONTAINS HIGHLY CONFIDENTIAL-TECHNICAL INFORMATION – ATTORNEYS' EYES ONLY**

███████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

███████████████████

██████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████

██████████████

WHEREAS, this stipulation does not apply to date ranges for the release and removal of features or functions that were not identified by Vehicle IP in its Infringement Contentions served on May 7, 2015, and the parties agree to discuss an amendment to this stipulation to address any such date ranges for features and functions that may be identified by the parties in discovery;

WHEREAS Telenav and Vehicle IP agree that entering this stipulation will reduce discovery time and expense and will streamline the presentation of evidence at trial;

**CONTAINS HIGHLY CONFIDENTIAL-TECHNICAL INFORMATION – ATTORNEYS' EYES ONLY**

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, AS FOLLOWS:**

### Accused Telenav Products

1.      For the purposes of proving direct infringement or noninfringement, all of the Accused Telenav Products set forth in Appendix A operate and function the same in all material respects relevant to the Asserted Claims, with the following exceptions:



**CONTAINS HIGHLY CONFIDENTIAL-TECHNICAL INFORMATION – ATTORNEYS' EYES ONLY**

2.      This stipulation does not apply to date ranges for the release and removal of features or functions that were not identified by Vehicle IP in its Infringement Contentions served on May 7, 2015, and the parties agree to discuss an amendment to this stipulation to address any such date ranges for features and functions that may be identified by the parties in discovery.

**Discovery**

4.

**Telenav Track Premium**

5.

**CONTAINS HIGHLY CONFIDENTIAL-TECHNICAL INFORMATION –
ATTORNEYS' EYES ONLY**

██████████████████████████████████████

████████████████████████

### Evidence of Features and Qualities of Telenav Products

██   ██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

FISH & RICHARDSON P.C.              SHAW KELLER LLP

*/s/ Martina Tyreus Hufnal*              */s/ John W. Shaw*
Martina Tyreus Hufnal (#4771)       John W. Shaw (I.D. #3362)
FISH & RICHARDSON P.C.              SHAW KELLER LLP
222 Delaware Avenue, 17th Floor     300 Delaware Ave #1120
P.O. Box 1114                       Wilmington, DE 19801
Wilmington, DE 19899-1114           Tel: (302) 476-2050
Tel: (302) 652-5070                 jshaw@shawkeller.com
hufnal@fr.com

                                    David R. Clonts (pro hac vice)
Michael J. Kane (pro hac vice)      Manoj S. Gandhi (pro hac vice)
William R. Woodford (pro hac vice)  Michael F. Reeder, II (pro hac vice)
Jason M. Zucchi (pro hac vice)      AKIN GUMP STRAUSS HAUER & FELD LLP
Phillip Goter (pro hac vice)        1111 Louisiana Street, 44th Floor
FISH & RICHARDSON P.C.              Houston, Texas 77002-5200
3200 RBC Plaza                      Tel: (713) 220-5800
60 South Sixth Street               dclonts@akingump.com
Minneapolis, MN 55402               mgandhi@akingump.com
Tel: (612) 335-5070                 mreeder@akingump.com
kane@fr.com
woodford@fr.com                     Steven M. Zager (pro hac vice)
zucchi@fr.com                       AKIN GUMP STRAUSS HAUER & FELD LLP
goter@fr.com                        One Bryant Park
                                    New York, NY 10036-6745

**CONTAINS HIGHLY CONFIDENTIAL-TECHNICAL INFORMATION –
ATTORNEYS' EYES ONLY**

Juanita Brooks (pro hac vice)                    Tel: (212) 872-1000
Geoff D. Biegler (pro hac vice)                  szager@akingump.com
FISH & RICHARDSON P.C.
12390 El Camino Real                             *Attorneys for Defendants Telenav, Inc. and AT&T*
San Diego, CA 92130                              *Mobility LLC*
Tel: (858) 678-4357
brooks@fr.com
biegler@fr.com

*Attorneys for Plaintiff Vehicle IP LLC*


Dated: November 4, 2015


**SO ORDERED on this ____ day of _____, 2015.**

By the Court:


/s/ _____
Honorable Leonard P. Stark
United States District Court Judge

**CONTAINS HIGHLY CONFIDENTIAL-TECHNICAL INFORMATION – ATTORNEYS' EYES ONLY**

## CERTIFICATE OF SERVICE[1]

I hereby certify that on November 4, 2015, the attached document was served on the below-listed counsel of record for defendants AT&T Mobility LLC and TeleNav, Inc. as indicated in accordance with the parties' electronic service agreement in this action, whereby the parties have consented to service by email in accordance with Fed. R. Civ. P. 5(b)(2)(E), and have agreed that service by e-mail shall constitute personal service (as if made under Fed. R. Civ. P. 5(b)(2)(A)) for purposes of calculating due dates under Fed. R. Civ. P. 6. [1]

John W. Shaw
SHAW KELLER LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
jshaw@shawkeller.com

*Attorneys for Defendant AT&T Mobility LLC and TeleNav, Inc.*

Steven M. Zager
David R. Clonts
Manoj S. Gandhi
Michael F. Reeder, II
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX  77002-5200
szager@akingump.com
dclonts@akingump.com
mgandi@akingump.com
mreeder@akingump.com

*Attorneys for Defendant AT&T Mobility LLC and TeleNav, Inc.*

/s/ Martina Tyreus Hufnal
Martina Tyreus Hufnal

---

[1] *See* Section 4(a) of the parties' jointly filed January 14, 2011 Proposed Rule 16 Scheduling Order (D.I. No. 45).