# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP,<br>NETWORKS IN MOTION, INC.,<br>TELECOMMUNICATION SYSTEMS, INC.,<br>and TELENAV, INC.,<br><br>    Defendants. | C.A. No. 09-1007-LPS |

## DEFENDANTS TELECOMMUNICATION SYSTEMS, INC., NETWORKS IN MOTION, INC., AND CELLCO PARTNERSHIP'S MOTION FOR JUDGMENT ON THE PLEADINGS THAT ALL ASSERTED CLAIMS OF U.S. PATENT NO. 5,987,377 ARE INVALID UNDER 35 U.S.C. § 101

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants TeleCommunication Systems, Inc., Networks In Motion, Inc., and Cellco Partnership hereby move for Judgment on the pleadings that all of the asserted claims of U.S. Patent No. 5,987,377 are invalid under 35 U.S.C. § 101. The grounds for this motion are set forth in the brief submitted herewith.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| *Of Counsel:* | */s/ Tiffany Geyer Lydon* |
| Edward A. Pennington | John G. Day (#2403) |
| Siddhesh V. Pandit | Tiffany Geyer Lydon (#3950) |
| John P. Moy | Andrew C. Mayo (#5207) |
| Sean T. C. Phelan | 500 Delaware Avenue, 8th Floor |
| John P. Pennington | P.O. Box 1150 |
| SMITH, GAMBRELL & RUSSELL, LLP | Wilmington, DE 19899 |
| 1055 Thomas Jefferson St. NW, Suite 400 | (302) 654-1888 |
| Washington, D.C. 20007 | jday@ashby-geddes.com |
| (202) 263-4300 | tlydon@ashby-geddes.com |
| epennington@sgrlaw.com | amayo@ashby-geddes.com |
| spandit@sgrlaw.com | |
| jmoy@sgrlaw.com | *Attorneys for Defendants* |
| sphelan@sgrlaw.com | *TeleCommunication Systems, Inc.,* |
| jpennington@sgrlaw.com | *Networks In Motion, Inc., and* |
| | *Cellco Partnership* |
| Dated: December 21, 2015 | |