

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ECF**

February 3, 2016

Honorable Leonard P. Stark
United States District Court
844 King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

**Martina Tyreus Hufnal**
Principal
hufnal@fr.com
302 778 8471 direct

Re: *Vehicle IP v. AT&T, et al.*, C.A. No. 09-1007-LPS-CJB

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date:

    January 27, 2016

    Delaware Counsel:    Martina Tyreus Hufnal
                                   John W. Shaw

    Lead Counsel:    William R. Woodford
                               David Clonts

The disputes requiring judicial attention are listed below:

- The sufficiency and completeness of AT&T's financial production related to products other than AT&T Navigator; and
- AT&T's response to Vehicle IP's Rule 30(b)(6) Notice seeking financial testimony on products other than AT&T Navigator.

Respectfully submitted,

/s/ *Martina Tyreus Hufnal*

Martina Tyreus Hufnal

MTT/jrm

cc: All counsel of Record

fr.com