IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-1007-LPS |
| ) | |
| AT&T MOBILITY LLC, CELLCO ) | |
| PARTNERSHIP, NETWORKS IN ) | |
| MOTION, INC., TELECOMMUNICATION ) | |
| SYSTEMS INC., TELENAV INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Iftikhar Ahmed, of Akin Gump Strauss Hauer & Feld LLP, 1111 Louisiana Street, 44th Floor, Houston, TX 77002 in this matter.

| | |
|---|---|
| OF COUNSEL: | */s/ Andrew E .Russell* |
| David R. Clonts | John W. Shaw (No. 3362) |
| Manoj S. Gandhi | Andrew E. Russell (No. 5382) |
| Michael F. Reeder, II | SHAW KELLER LLP |
| Iftikhar Ahmed | 300 Delaware Avenue, Suite 1120 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Wilmington, DE 19801 |
| 1111 Louisiana Street, 44th Floor | (302) 298-0700 |
| Houston, TX 77002 | jshaw@shawkeller.com |
| (713) 220-5800 | arussell@shawkeller.com |
| | *Attorneys* for *Defendants AT&T Mobility LLC and TeleNav Inc.* |
| Steven M. Zager | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | |
| One Bryant Park | |
| New York, NY 10036 | |
| (212) 872-1000 | |

Dated: February 3, 2016

# [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Iftikhar Ahmed, is granted.

                                                                                      United States District Judge

Date:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the State Bar of Texas and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: February 3, 2016

Iftikhar Ahmed
AKIN GUMP STRAUSS HAUER & FELD, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Email: iahmed@akingump.com