IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP,<br>NETWORKS IN MOTION, INC.,<br>TELECOMMUNICATION SYSTEMS,<br>INC. and TELENAV INC.,<br><br>           Defendants. | C.A. No. 09-1007-LPS-CJB |

**STIPULATION AND PROPOSED ORDER**

Pursuant to Local Rule 16.4, and subject to the approval of the Court, Plaintiff Vehicle IP stipulates and agrees with Defendants Telenav, Inc., AT&T Mobility LLC, TeleCommunication Systems, Inc., Networks In Motion, Inc., and Cellco Partnership to an extension of certain case deadlines. This extension will effectuate the following amendment to the current case schedule:

| EVENT | CURRENT DUE DATE | PROPOSED DUE DATE |
|---|---|---|
| The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due. | April 21, 2016 | April 28, 2016 |
| The parties shall meet and confer by this date regarding the limitation on hours for expert deposition discovery and attempt in good faith to reach agreement on such limitation. | April 26, 2016 | May 2, 2016 |
| The parties shall file a joint statement regarding the outcome of their conference | April 29, 2016 | May 5, 2016 |

| | | |
|---|---|---|
| regarding limitation on hours of expert deposition discovery and identify any issues in dispute that require the Court's attention. | | |
| Reply expert reports from the party with the initial burden of proof are due. | May 5, 2016 | May 12, 2016 |
| All expert discovery shall be completed. | May 27, 2016 | June 3, 2016 |
| All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed. | June 23, 2016 | June 23, 2016 |
| Responsive briefs shall be served and filed. | July 21, 2016 | July 21, 2016 |
| Reply briefs shall be served and filed. | August 11, 2016 | August 11, 2016 |

This extension of time shall not affect or alter any other of the Court's remaining dates.

| FISH & RICHARDSON P.C. | SHAW KELLER LLP |
|---|---|
| */s/ Martina Tyreus Hufnal* | */s/ Andrew E. Russell* |
| Martina Tyreus Hufnal (No. 4771)<br>Christopher A. Winter (No.5817)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>hufnal@fr.com<br><br>*Attorneys for Plaintiff*<br>*Vehicle IP LLC* | John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 476-2050<br>jshaw@shawkeller.com<br><br>*Attorneys for Defendants*<br>*AT&T Mobility LLC and Telenav Inc.* |

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (No. 2403)
Tiffany Geyer Lydon (No. 3950)
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*
*TeleCommunication Systems, Inc.,*
*Networks In Motion, Inc., and*
*Cellco Partnership*

SO ORDERED on this _____ day of April, 2016.

Honorable Leonard P. Stark
Chief, United States District Court Judge