IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, | |
| Plaintiff, | |
| v. | |
| AT&T MOBILITY LLC, CELLCO PARTNERSHIP, NETWORKS IN MOTION, INC., TELECOMMUNICATION SYSTEMS, INC. and TELENAV INC., | C.A. No. 09-1007 LPS-CJB |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 28, 2016, a true and correct copy of the

**REBUTTAL REPORT OF DR. STEVEN GOLDBERG REGARDING VALIDITY OF**

**U.S. PATENT NO. 5,987,377** was served upon the following counsel for Defendants Cellco

Partnership, Networks In Motion, Inc., and Telecommunication Systems, Inc. in the manner

indicated:

*VIA ELECTRONIC MAIL*

Edward A. Pennington
Siddhesh Vishnu Pandit
Sean T. C. Phelan
John P. Pennington
John P. Moy
Jennifer L. Feldman
SMITH GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007
(202) 263-4300
epennington@sgrlaw.com
spandit@sgrlaw.com
sphelan@sgrlaw.com
jpennington@sgrlaw.com
jmoy@sgrlaw.com
jfeldman@sgrlaw.com

*VIA ELECTRONIC MAIL*

John G. Day
Tiffany Geyer Lyndon
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants Cellco
Partnership, Networks In Motion, Inc.,
Telecommunication Systems, Inc.*

John P. Schnurer
Kevin J. Patariu
Evan S. Day
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
(858) 720-5700
jschnurer@perkinscoie.com
kpatariu@perkinscoie,com
eday@perkinscoie.com

*Attorneys for Defendants Cellco
Partnership, Networks In Motion, Inc.,
Telecommunication Systems, Inc.*

Floyd B. Chapman
Kevin P. Anderson
Karin Hessler
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
fchapman@wileyrein.com
kanderson@wileyrein.com
khessler@wileyrein.com

*Attorneys for Defendants Cellco Partnership
Only*

PLEASE TAKE FURTHER NOTICE that on April 28, 2016, a true and correct copy of

the **REBUTTAL REPORT OF DR. STEVEN GOLDBERG REGARDING VALIDITY OF**

**U.S. PATENT NO. 5,987,377** was served upon the following counsel for Defendants AT&T

Mobility LLC and TeleNav, Inc. in the manner indicated:

David R. Clonts
Manoj S. Gandhi
Michael F. Reeder, II
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800

Steven M. Zager
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys* for *Defendants AT&T Mobility
LLC and TeleNav, Inc.*

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys* for *Defendants AT&T Mobility
LLC and TeleNav, Inc.*

2

Dated:  May 2, 2016

**FISH & RICHARDSON P.C.**

By: */s/ Martina Tyreus Hufnal*
     Martina Tyreus Hufnal (#4771)
     222 Delaware Avenue, 17th Floor
     Wilmington, DE 19899-1114
     Tel:  (302) 778-8407
     hufnal@fr.com

     Michael J. Kane
     William R. Woodford
     Jason M. Zucchi
     Phillip Goter
     3200 RBC Plaza
     60 South Sixth Street
     Minneapolis, MN 55402
     Tel:  (612) 335-5070
     Kane@fr.com
     Woodford@fr.com
     Zucchi@fr.com
     Goter@fr.com

     Juanita Brooks
     Geoff D. Biegler
     12390 El Camino Real
     San Diego, CA  92130
     Tel:  (858) 678-4357
     Brooks@fr.com
     Biegler@fr.com

     *Attorneys for Plaintiff VEHICLE IP, LLC*