IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-1007-LPS |
| | ) |
| AT&T MOBILITY LLC, CELLCO | ) |
| PARTNERSHIP, NETWORKS IN | ) |
| MOTION, INC., TELECOMMUNICATION | ) |
| SYSTEMS INC., TELENAV INC., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS AT&T MOBILITY LLC AND TELENAV INC.'S
### MOTION TO SEVER AND FOR SEPARATE TRIALS

OF COUNSEL:
David R. Clonts
Manoj S. Gandhi
Michael F. Reeder, II
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800

Steven M. Zager
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

Dated: June 13, 2016

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys* for *Defendants AT&T Mobility LLC and TeleNav, Inc.*

Defendants AT&T Mobility LLC and TeleNav Inc. (collectively "TeleNav/AT&T"), by and through its undersigned attorneys, respectfully moves for entry of an order severing Plaintiff Vehicle IP, LLC's ("VIP") claims against TeleNav/AT&T for improper joinder according to the joinder provisions of the America Invents Act (35 U.S.C. § 299) and Rules 20(a)(2) and 21 of the Federal Rules of Civil Procedure.  The grounds for this motion and the relief requested are more fully set forth in the Opening Brief in Support of the Motion of Defendants AT&T Mobility LLC and Telenav Inc. to Sever.

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys* for *Defendants AT&T Mobility LLC and TeleNav, Inc.*

OF COUNSEL:
David R. Clonts
Manoj S. Gandhi
Michael F. Reeder, II
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800

Steven M. Zager
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

Dated:  June 13, 2016