IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 09-1007-LPS |
| ) | |
| AT&T MOBILITY LLC, CELLCO ) | |
| PARTNERSHIP, NETWORKS IN ) | |
| MOTION, INC., TELECOMMUNICATION ) | |
| SYSTEMS INC., TELENAV INC., UNITED ) | |
| PARCEL SERVICE INC., and UPS ) | |
| LOGISTICS TECHNOLOGIES INC., ) | |
| ) | |
| Defendants. ) | |

**ANSWERING BRIEF IN OPPOSITION TO VEHICLE IP, LLC'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C. §§ 102 AND 112**

| | |
|---|---|
| OF COUNSEL:<br>David R. Clonts<br>Manoj S. Gandhi<br>Michael F. Reeder, II<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002<br>(713) 220-5800<br><br>Steven M. Zager<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 | John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>dfry@shawkeller.com<br>*Attorney* for *Defendants AT&T Mobility LLC and Telenav Inc.* |
| OF COUNSEL:<br>John P. Schnurer<br>Kevin J. Patariu<br>Evan S. Day<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130<br>(858) 720-5700<br><br>Floyd B. Chapman<br>Kevin P. Anderson<br>Karin Hessler<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>(202) 719-7000<br>*Cellco Partnership Only* | John G. Day (No. 2403)<br>Tiffany Geyer Lydon (No. 3950)<br>Andrew C. Mayo (No. 5207)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Defendants TeleCommunication Systems, Inc., Networks in Motion, Inc. and Cellco Partnership* |

Dated: July 21, 2016

Plaintiff Vehicle IP, LLC ("VIP") moved for summary judgment of no invalidity under 35 U.S.C. §§ 102 and 112, (D.I. 369) based on allegedly insufficient expert testimony. In order to narrow the issues for trial and to relieve the Court from adjudicating this motion, Defendants AT&T Mobility LLC ("AT&T"), Cellco Partnership ("Verizon"), Networks In Motion, Inc. ("NIM"), TeleCommunication Systems, Inc. ("TCS"), and Telenav, Inc. ("Telenav") (collectively, "Defendants") hereby withdraw their assertion of §§ 102 and 112 affirmative defenses.

As such, Defendants respectfully request that the Court deny VIP's motion[1] as moot.[2]

---

[1] Defendants have reached out to VIP to discuss a proposed stipulation to withdraw these defenses and VIP's corresponding motion, and the parties are currently discussing such a stipulation.

[2] VIP should not be permitted to raise the denial or grant of this motion at trial before the jury. *Arthrocare Corp. v. Smith & Nephew, Inc.*, No. Civ.A. 01-504-SLR, 2003 WL 1905636, at *1 (D. Del. Apr. 14, 2003) (excluding reference to withdrawn claims); cf. *ICU Med., Inc. v. RyMed Techs., Inc.*, 752 F. Supp. 2d 486, 490-91 (D. Del. 2010) (excluding reference to previous summary judgment of invalidity).

| | |
|---|---|
| OF COUNSEL:<br>David R. Clonts<br>Manoj S. Gandhi<br>Michael F. Reeder, II<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002<br>(713) 220-5800<br><br>Steven M. Zager<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>dfry@shawkeller.com<br>*Attorney* for *Defendants AT&T Mobility LLC and Telenav Inc.* |
| OF COUNSEL:<br>John P. Schnurer<br>Kevin J. Patariu<br>Evan S. Day<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130<br>(858) 720-5700<br><br>Floyd B. Chapman<br>Kevin P. Anderson<br>Karin Hessler<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>(202) 719-7000<br>*Cellco Partnership Only* | /s/ John G. Day<br>John G. Day (No. 2403)<br>Tiffany Geyer Lydon (No. 3950)<br>Andrew C. Mayo (No. 5207)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Defendants TeleCommunication Systems, Inc., Networks in Motion, Inc. and Cellco Partnership* |

Dated: July 21, 2016